UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULETTE NAVARRO,<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>  Defendants. | Case No. 23-cv-05065-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Sallie Kim for consideration of whether the case is related to C-20-4950 SK.

**IT IS SO ORDERED.**

Dated: August 2, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge